UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

600 TRIANGLE LLC,

                    Debtor.
-------------------------------------------------------------x

Chapter 11

Case No.: 18-77139-reg

## DECLARATION OF STEPHAN GARBER UNDER LOCAL RULE 1007-4 IN CONNECTION WITH CHAPTER 11 FILING

STEPHAN GARBER declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Managing Member of 600 Triangle LLC ("**600 Triangle**" or, the "**Debtor**"), the above-captioned debtor and debtor-in-possession.

2. On October 22, 2018 (the "**Petition Date**") the Debtor filed a voluntary petition for relief under chapter 11, title 11, United States Code (the "**Bankruptcy Code**") with this Court.

3. I submit this declaration under Rule 1007-4 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York, in support of the Debtor's voluntary petition for relief under chapter 11 of the Bankruptcy Code.

### Debtor's Business and Operations

4. The Debtor owns a vacant lot located on the Roosevelt Field Ring Road North in Nassau County, bearing section 44, block 77, lot 16B (the "Property") which it purchased in March 2002.

5. The Debtor is a privately held limited liability company organized under the laws of the State of New York. The members of the Debtor with respective membership interests are as follows:

| | |
|---|---|
| Garden Realty Inc. | 1% |
| Bennet H. Grutman | 25% |
| Milton Koenigsberg | 25% |
| Joan Polimeni | 19% |
| Stephan Garber | 5% |
| Scott Mauir | 5% |
| Michael Polimeni | 20% |

### Reasons for Filing

6. The primary reason for the Debtor's bankruptcy filing is because the Debtor seeks to resolve any and all outstanding tax claims against it.

### Assets and Liabilities

**Assets**

7. As of the Petition Date, the Debtor's only assets are the Property and its books and records. The Debtor's books and records are located at 600 Old Country Road, Suite 425, Garden City, New York 11530.

8. There are no consensual or judgment liens against the Property.

9. At this time, no property of the Debtor is in the possession or custody and control of any public officer, receiver, trustee or assignee for the benefit of creditors.

**Liabilities**

10. As of the Petition Date, the Debtor's obligations were comprised of $1,283,561.97 allegedly owed to the County of Nassau, Office of the County Treasurer, and an unknown amount allegedly owed to the Incorporated Village of Garden City. The Debtor scheduled each of those claims as being disputed, contingent, and unliquidated.

11. The Debtor is currently a holding company for the Property and has no employees. Accordingly, it has no payroll expenses.

**Projected Four Week Revenues and Expenses**

12. The Debtor's asset is a vacant lot that is not anticipated to generate revenue during this case.

13. The Debtor estimates that its general operating expenses for the first four (4) weeks of the case will total $0.00. The Debtor's Property is covered by a general insurance policy.

14. The Debtor intends to restructure its liabilities in chapter 11. The relief sought by the Debtor at this time merely preserves the status quo as it existed immediately prior to the Petition Date.

15. The Debtor believes that with the protection of this Court, it will be able to preserve its property and its business as a going concern through a feasible and confirmable plan of reorganization.

**Information Required By Local Rule 1007-4**

16. It is my understanding that Local Rule 1007-4 requires the Debtor to disclose certain information relating to its assets, liabilities and financial condition. Except for information reflected above, the Debtor continues to gather that required information. The

undersigned will amend this Declaration promptly upon determination of further information required under Local Rule 1007-4.

Dated: <u>Garden City</u>, New York
October 22, 2018

_____
Stephan Garber, Managing Member