UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                                          Chapter 11
                                                                                     Case No. 18-77139-reg
      600 TRIANGLE LLC.

               Debtors.
------------------------------------------------------X

## STATEMENT PURSUANT TO LOCAL RULE 2017

      I, Richard J. McCord, an attorney duly admitted to practice before this Court, states as follows:

      1.    That I am the attorney for the above-referenced Debtor, 600 Triangle LLC (the "Debtor") and am fully familiar with the facts herein.

      2.    That prior to the filing of the petition herein on October 22, 2018 Certilman Balin Adler & Hyman, LLP, rendered the following services to the Debtor:

| Date/Time | Services |
|---|---|
| 9/28/2018 | Initial interview; analysis of financial condition, etc. |
| 10/15/2018 | Review documentation for preparation of petition; |
| 10/19/2018 | Meet with client regarding additional information provided for inclusion in petition; |
| 10/19/2018 | Finalize petition for client signature. |

      3.    That my firm will also represent the Debtor at the first meeting of creditors.

      4.    That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. The hourly rates for the attorneys in the bankruptcy department of Certilman Balin Adler & Hyman, LLP. are between $500.00 and $600.00 for partners and $400.00 for associates of this firm.

6. That my usual rate of compensation of bankruptcy matters of this type is $10,000.00.

Dated: East Meadow, New York
       October 22, 2018

                              CERTILMAN BALIN ADLER & HYMAN, LLP
                              Attorneys for the Debtor, 600 Triangle LLC

            By:    /s/Richard J. McCord
                    Richard J. McCord, Esq. (RJM 3290)
                    90 Merrick Avenue
                    East Meadow, New York 11554
                    (516) 296-7000